Kurt S. Elieson
Hayes, Berry, White & Vanzandt, LLP
512 W. Hickory St., Suite 100
Denton, Texas 76201
Off: (940) 387-3518
Fax (866) 546-9247
Attorney for Dean & Marilyn Bayless

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| DEMETRIUS ANTHONY REYES, | § | Case No. 13-70104-hdh-13 |
| | § | |
| Debtor | § | |

### AGREED MOTION TO WITHDRAW AS LEGAL COUNSEL AND SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Kurt S. Elieson of Hayes, Berry, White & Vanzandt, LLP, the attorneys of record for Dean H. Bayless et ux, Marilyn Bayless, one of the creditors in this proceeding, and file this motion seeking authorization to withdraw as legal counsel for such parties, with a related agreed motion to substitute Frank R. Jelinek, attorney at law, whose address is 801 E. Abram St., Suite 102, Arlington, Texas 76010, as their legal counsel of record.

1. Good cause exists for such withdrawal for the reason that Dean Bayless and wife, Marilyn Bayless have requested that the attorneys withdraw as evidenced by the written communication that is attached hereto and incorporated herein by this reference, and that Frank R. Jelinek be substituted as their counsel.

WHEREFORE, premises considered, the undersigned attorneys pray that the Court enter an Order permitting the attorneys to withdraw without

further responsibility to the creditor/clients; that the substitution of Frank R. Jelinek as legal counsel to such creditors be approved, and for general relief.

Respectfully submitted,

/s/ Kurt S. Elieson            .
Kurt S. Elieson
Texas Bar No. 06521100
Hayes, Berry, White & Vanzandt
512 W. Hickory St., Suite 100
Denton, Texas 76201
Off: (940) 387-3518
kelieson@hbwvlaw.com

AGREED:

Respectfully submitted,

/s/ Frank R. Jelinek            .

Frank R. Jelinek
State Bar I.D. No. 10616000
Attorney for Dean and Marilyn Bayless

801 E. Abram St., Suite 102
Arlington, Texas 76010-1203
Off: (817) 461-1100
Fax: (817) 461-1109

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served by either ECF delivery, or by U.S. First Class Mail, postage prepaid, upon all persons listed on the attached service list, on this 10th day of September, 2013, in accordance with the bankruptcy rules of procedure, or in accordance with any request for notice.

Demetrius A. Reyes
3223 York
Wichita Fallas, Texas 76309

Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Ave.
Lubbock, Texas 79424

J. Michael McBride
Attorney at Law
6300 Ridglea Place, Suite 101
Fort Worth, Texas 76116

Monte J. White & Assoc.
1106 Brook Ave.
Hamilton Place
Wichita Falls, Texas 76301

U. S. Trustee
United States Courthouse
1100 Commerce St., Suite 976
Dallas, Texas 75242

/s/ Frank R. Jelinek           .
FRANK R. JELINEK

EXHIBIT A
(Letter Attached)

# Frank Jelinek

**From:** marilynbayless@comcast.net
**Sent:** Thursday, September 05, 2013 5:50 PM
**To:** frank@jelineklaw.com
**Subject:** Termination Notice Sent to Our Former Lawyer (Kurt Elieson of Hayes, Berry, White, Van Zant)

---

**From:** marilynbayless@comcast.net
**To:** "Kurt Elieson" <kelieson@hbwvlaw.com>
**Cc:** "Dean Bayless" <deanbayless@comcast.net>, "Jackie Cox" <jcox@hbwvlaw.com>, "Shanna Cargill" <scargill@hbwvlaw.com>
**Sent:** Tuesday, September 3, 2013 2:16:50 PM
**Subject:** Re: Objection sent to trustee

To All Above,

We no longer have any confidence in Kurt Elieson's ability or integrity.

We want to end our relationship with him.

Send us the final bill.

When we find another attorney we will send you their names and contact information so that you can forward any documents that they may request.

Marilyn & Dean Bayless

---

**From:** "Shanna Cargill" <scargill@hbwvlaw.com>
**To:** marilynbayless@comcast.net, "Kurt Elieson" <kelieson@hbwvlaw.com>
**Cc:** "Dean Bayless" <deanbayless@comcast.net>, "Jackie Cox" <jcox@hbwvlaw.com>
**Sent:** Wednesday, September 4, 2013 12:23:05 PM
**Subject:** Re: Objection sent to trustee

Marilyn and Dean:

I understand your desire to end the relationship with our firm, and I respect your decision. That being said, we do need to try to finalize the transition of your file to your new attorney. Additionally, it is my understanding that the deadline to file proper objections to Reye's Amended Plain in the bankruptcy court is September 11, 2013. Therefore, you would need to have your new attorney file the proper objections by the above deadline.

Lastly, I wanted to touch base with you to ascertain what you believe we could have done to better represent you in this matter. I wanted this for my own personal information and to investigate and address the situation. I valued you as a client and thought that we had a good working relationship. Therefore, your feedback is important to me if you so decide to inform me of why you are terminating Kurt and our firm.

Regardless, I do need to know your new attorney's information so I can quickly transition your file. If you have not retained another attorney then please advise so we can quickly transition the file to you personally.

Regards,

Shanna Cargill
Hayes, Berry, White & Vanzant, LLP
512 W. Hickory, Suite 100
Denton, Texas 76201
Telephone: 940-387-3518
Facsimile: 866-741-1969
Website: www.hbwvlaw.com

Exhibit A