

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 11, 2013**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| DEMETRIUS ANTHONY REYES, | § § | Case No. 13-70104-hdh-13 |
| Debtor | § | |

ORDER PERMITTING LEGAL COUNSEL TO WITHDRAW
AND AUTHORIZING SUBSTITUTION OF COUNSEL

ON this day came on for consideration the motion of attorney Kurt S. Elieson of the firm Hayes, Berry, White & Vanzandt, LLP, seeking to withdraw as legal counsel for Dean Bayless and wife, Marilyn Bayless, and to substitute Frank R. Jelinek, whose address is 801 E. Abram St., Suite 102, Arlington, Texas 76010, as their attorney of record; and, the court finding that good cause exists to grant such motion.

It is Therefore ORDERED that Kurt S. Elieson of Hayes, Berry, White & Vanzandt, LLP is hereby authorized to withdraw without further

responsibility in this proceeding on behalf of Dean Bayless and wife, Marilyn Bayless; and

It is Further ORDERED that Frank R. Jelinek be substituted as their counsel of record, and any and all further notices that may be issued or filed in this proceeding, shall be sent to him at the following address:

801 E. Abram St., Suite 102
Arlington, Texas 76010
Off: (817) 461-1100
Email: frank@jelineklaw.com

SO ORDERED.

\* \* \* \*   END OF ORDER   \* \* \* \*